UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RAKIN, Plaintiff, v. COUNTY OF YUBA, et al, Defendants. | No. 2:26-cv-3020 AC ORDER |

This case is before the undersigned for all purposes on the parties' consent. ECF No. 7. All parties are represented by counsel. This action was removed from Yuba County Superior Court on September 8, 2026. ECF No. 1. On September 15, 2026, defendants filed a motion to dismiss set to be heard on November 4, 2026. ECF No. 5. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was September 29, 2026. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of November 4, 2026 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

to respond, the undersigned will dismiss the case for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: October 1, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE