PORTER | SCOTT
A PROFESSIONAL CORPORATION
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Matthew R. Mendoza, SBN 344482
mmendoza@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF YUBA, YUBA COUNTY SHERIFF'S DEPARTMENT, BRYCE BANDILLA, and SCOTT BRYAN, ADAM THORNTON AND LANCE DELOZIER
***Exempt from Filing Fees Pursuant to Government Code § 6103***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RAKIN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA, YUBA COUNTY SHERIFF'S DEPARTMENT, BRYCE BANDILLA, SCOTT BRYAN, ADAM THORNTON AND LANCE DELOZIER and DOES 1 TO 10,<br><br>Defendants.<br>______________________________/ | CASE NO. 2:26-CV-03020-AC<br><br>**[~~PROPOSED~~] ORDER REGARDING DISMISSAL OF COUNTY**<br><br>Complaint Filed: 7/16/2026 |

## [~~PROPOSED~~] ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff agrees to dismiss COUNTY OF YUBA and YUBA COUNTY SHERIFF'S DEPARTMENT from all claims within the Complaint with prejudice;

2. Defendants Motion to Dismiss (ECF No. 5) is moot; and

3. Plaintiff will have thirty (30) days from entry of an order on this stipulation to file a First Amended Complaint.

**IT IS SO ORDERED.**

Date: October 8, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE